

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00361-CR

Stephen **BAUTISTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-03-048-CRW
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED April 15, 2020.

_____
Rebeca C. Martinez, Justice